NUMBER 13-09-00232-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG






IN RE ROBERT (BOBBY) R. WIGHTMAN-CERVANTES






On Petition for Writ of Mandamus


and Application for Stay.






MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza and Vela


Memorandum Opinion Per Curiam (1)



 Relator, Robert (Bobby) R. Wightman-Cervantes, filed a petition for writ of
mandamus and application for stay in the above cause on April 22, 2009. 

 The Court, having examined and fully considered the petition for writ of mandamus
and application for stay, is of the opinion that relator has not shown himself entitled to the
relief sought. Accordingly, the petition for writ of mandamus and application for stay are
DENIED. See Tex. R. App. P. 52.8(a). 


 PER CURIAM


Memorandum Opinion delivered and 

filed this the 23rd day of April, 2009.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).